FILED
CLERK, U.S. DISTRICT COURT

APR 2 1 2010

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Robert Tolson<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR 10-351 CAS -(48)<br><br>**ORDER OF TEMPORARY DETENTION**<br>**PENDING HEARING PURSUANT**<br>**TO BAIL REFORM ACT** |

Upon motion of ___Defendant_____, IT IS ORDERED that a detention hearing is set for __4-27-10___, _____, at __10:30__ ☒a.m. / ☐p.m. before the Honorable ___**OSWALD PARADA**_____, in Courtroom __3___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
*(Other custodial officer)*

Dated: __4-21-10_____          _____
                                  U.S. District Judge/Magistrate Judge